**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

DAVID CLANCY, *et al.*,

    Plaintiffs,

  v.

ALBERTO GONZALEZ, *et al.*,

    Defendants.

No. C 07-0868 SBA

**ORDER**

On July 26, 2007, the Court held a hearing on its order that *pro se* plaintiff David Clancy show cause why this case should not be dismissed for failure to prosecute. At that time the plaintiff requested that the Court dismiss his case without prejudice. The Court grants this request and hereby ORDERS the plaintiff's case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

July 31, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLANCY et al,

        Plaintiff,

v.

GONZALES et al,

        Defendant.

Case Number: CV07-00868 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Clancy
2814 Sylhowe Road
Oakland, CA 94602

Dated: August 1, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2